IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01627-WDM-MEH

JOHN R. BEHRMAN, et al.,

    Plaintiffs,

v.

PINNACLE GAS RESOURCES, INC., et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 13, 2006.**

The Joint Motion to Vacate Scheduling Conference and Stay Proceedings Pending Mediation [Filed September 12, 2006; Docket #10] is **granted** as specified. The Scheduling Conference scheduled for October 5, 2006, is **vacated** and **rescheduled** to **November 16, 2006,** at **9:45 a.m.** The Rule 26(f) meeting is to occur on or before November 2, 2006, and a Proposed Scheduling Order is to be submitted in the formats previously ordered no later than November 9, 2006.

It is further ORDERED that the parties shall submit a joint status report on or before October 20, 2006, so that the Court can determine whether the Conference set above should be held as scheduled.