IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01627-WDM

JOHN R. BEHRMANN, et al.,

    Plaintiffs,

v.

PINNACLE GAS RESOURCES, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF SHELBY RAY HORNSBY ONLY**

---

The court takes notice of Plaintiff's Notice of Dismissal as to Shelby Ray Hornsby in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice as to Shelby Ray Hornsby only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 6, 2006.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge

PDF FINAL