IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01627-WDM-MEH

JOHN R. BEHRMANN, NANCY BEHRMANN, J & N FAMILY LIMITED PARTNERSHIP, a Pennsylvania limited partnership, and JOHN R. BEHRMANN REVOCABLE TRUST,

    Plaintiffs,

v.

PINNACLE GAS RESOURCES, INC., a Delaware corporation; FIRST SOURCE WYOMING, INC., f/k/a FIRST SOURCENERGY WYOMING, INC., a Delaware corporation; and GASTAR EXPLORATION, USA, INC., a Michigan corporation,

    Defendants.

## ORDER DENYING MOTION TO REMAND

Miller, J.

    This matter is before me on a motion to remand filed by Plaintiffs on August 24, 2006 (doc no. 7).  Jurisdiction in this case is based on diversity.  Plaintiffs contend that remand is proper because at the time that Defendants removed this case, or shortly thereafter, Plaintiffs amended their complaint and served an additional defendant, Shelby Ray Hornsby (Hornsby), a Colorado resident, which thus barred removal under 28 U.S.C. § 1441(b).  Defendants oppose the motion on the grounds that at the time of removal, complete diversity existed between the parties and no defendant was a resident of Colorado.

    On November 7, 2006, I took notice that Plaintiffs had filed a Notice of Dismissal without prejudice dismissing Hornsby from the case.  Accordingly, I ordered Plaintiffs to show cause why their motion to remand should not be denied, since the case at the

time presented with no defendant who is a Colorado resident (doc no. 20).  In their response (doc no 26) filed November 20, 2006, Plaintiffs averred that they were in the process of preparing to serve two additional defendants, both residents of Colorado, with a summons and complaint and to move to amend their complaint to add these two new defendants.  Plaintiffs alleged that the motion to amend and service of process would be completed within two weeks.

I have taken notice that no motion to amend or evidence of service of process on any Colorado defendants has been filed in this matter and that significantly more than two week have elapsed since Plaintiffs filed their response to the Order to Show Cause.  As a result, I see no basis to remand the case.

Accordingly, the motion to remand, filed August 24, 2006, is denied.

DATED at Denver, Colorado, on January 16, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge