IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01627-WDM-MEH

JOHN R. BEHRMANN, et al.,

    Plaintiffs,

v.

PINNACLE GAS RESOURCES, INC., et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion for leave to file memorandum of newly discovered evidence is granted.  Defendants may respond to that supplemental memorandum 10 days thereafter.

Dated:  February 27, 2007

                                      s/ Jane Trexler, Judicial Assistant